**Entered on Docket**
**June 09, 2022**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: June 9, 2022

DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707 544-5500 FAX(707)544-0475

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re:

HECTOR NAVARRO SANTOS

Debtor(s)

Case No.:  22-10069 DM

Chapter 13

### ORDER CONFIRMING CHAPTER 13 PLAN

After notice and opportunity for a hearing it is determined that the Chapter 13 plan satisfies the requirements of 11 U.S.C. § 1325. Therefore, **IT IS ORDERED** that the plan filed at docket **#20** is confirmed.

**\* \* \* \* \* END OF ORDER \* \* \* \* \***

## Court Service List

HECTOR NAVARRO SANTOS
9364 PAWNEE TRAIL
KELSEYVILLE, CA 95451

Case: 22-10069   Doc# 23   Filed: 06/09/22   Entered: 06/09/22 10:36:02   Page 2 of 2
Order Confirming Chapter 13 Plan 1.9.18