**Entered on Docket**
**June 06, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Evan Livingstone, SBN 252008
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa CA 95407
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Hector Navarro Santos

**Signed and Filed: June 6, 2023**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HECTOR NAVARRO SANTOS<br><br>Debtor(s) | Case No. 22-10069<br>Chapter: 13<br>Judge: Hon. Dennis Montali<br><br>**ORDER DISMISSING CHAPTER 13 CASE** |

On June 1, 2023, Debtor Hector Navarro Santos filed Notice of Voluntary Dismissal Pursuant to 11 U.S.C. § 1307(b).

The Court finds that this case has not previously been converted under 11 U.S.C. §§ 706, 1112 or 1208.

Therefore, good cause appearing,

IT IS ORDERED that the above-referenced chapter 13 case is dismissed.

** END OF ORDER **

COURT SERVICE LIST

Capio Partners, LLC
Attn: Bankruptcy
Po Box 3498
Sherman, TX 75091-3498

Carrington Foreclosure Services, LLC
PO Box 3309
Anaheim, CA 92803-3309

Carrington Mortgage Services
Attn: Bankruptcy
1600 South Douglass Road, Stes 110 & 200
Anaheim, CA 92806-5948

Office of the U.S. Trustee / SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0
San Francisco, CA 94102-3661

Office of General Counsel
US Dept of Housing & Urban Development Reg IX
One Sansome Street Suite #1200
San Francisco CA 94104-4448

David Burchard
P.O. Box 8059
Foster City, CA 94404-8059

Irma Larios Navarro
West Sidonia St
Hanford, CA 93230