| | | |
|---|---|---|
| Fill in this information to identify the case: | | |

Debtor 1 <u>Hector Navarro Santos</u>
Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the Northern District of California** - Santa Rosa Division

Case Number: <u>22-10069-DM</u>

<u>Official Form 410S2</u>

# Notice of Postpetition Mortgage Fees, Expenses, and Charges       12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** BankUnited N.A.                     **Court Claim No. (if known):** 1

**Last 4 digits** of any number you use to
Identify the debtor's account**:**          0768

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: __/__/____

**Part 1:    Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Date Incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | _____ | (1) | $_____ |
| 2. Non-Sufficient Funds (NSF) Fees | _____ | (2) | $_____ |
| 3. Attorney Fees (Plan Review) | <u>March 18, 2022</u>_____ | (3) | $ <u>450.00</u>___ |
| 4. Filing Fees and Court Costs | _____ | (4) | $_____ |
| 5. Bankruptcy/Proof of claim fees | <u>March 15, 2022</u>_____ | (5) | $ <u>500.00</u>___ |
| 6. Appraisal/Broker's Price Opinion Fees | _____ | (6) | $_____ |
| 7. Property Inspection fees | _____ | (7) | $_____ |
| 8. Tax Advances (non-escrow) | _____ | (8) | $_____ |
| 9. Insurance Advances (non-escrow) | _____ | (9) | $_____ |
| 10. Property Preservation expenses. Specify:_____ | _____ | (10) | $_____ |
| 11. Other. Specify: _____ | _____ | (11) | $_____ |
| 12. Other. Specify: _____ | _____ | (12) | $_____ |
| 13. Other. Specify: _____ | _____ | (13) | $_____ |
| 14. Other. Specify: _____ | _____ | (14) | $_____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1: Hector Navarro Santos  Case number: 22-10069-DM

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Chad L. Butler, Esq.                                     Date: May 16, 2022
 Signature

Print:           Chad L. Butler  (SBN 270888)              Title: Attorney for Creditor
                 First Name    Middle Name    Last Name

Company:         Tiffany and Bosco, P.A. /22-80159

Address:         1455 Frazee Road, Suite 820
                 Number         Street
                 San Diego                CA           92108
                 City                     State        Zip Code

Contact phone:   619 501-3503                              Email: pocnotifications@tblaw.com

# TIFFANY & BOSCO
### P.A.

BRANDON J. MIKA (SBN 314380)
bjm@tblaw.com
BRIGITTE ANN TUMINEZ CASTRO (SBN 338112)
bac@tblaw.com
CHAD L. BUTLER (SBN 270888)
clb@tblaw.com
1455 Frazee Road, Suite 820
San Diego, CA 92108
Tel.: (619) 501-3503

Attorney for BankUnited N.A.
T&B File No.: 22-80159

## UNITED STATES BANKRUPTCY COURT

### Northern District of California** - Santa Rosa Division

| In Re: | Bankruptcy No. 22-10069-DM |
|---|---|
| Hector Navarro Santos | Chapter 13 |
| Debtor | **CERTIFICATE OF SERVICE** |

     I, Billie Portz, whose business address appears below, certify that I am, and at all times hereinafter mentioned, more than 18 years of age. On May 16, 2022, I caused to be served true and correct copies of the following document(s):

**NOTICE OF POSTPETITION FEES, EXPENSES, AND CHARGES**

To the following:

**SEE ATTACHED SERVICE LIST**

    [X]   (BY U.S. MAIL) I am readily familiar with the practices of this office for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence placed for collection is deposited with the United States Postal Service with the postage thereon fully prepaid on the same day. On the date stated above, I placed an original or true copy of the foregoing document(s) described herein in an addressed, stamped, sealed envelope for collection and mailing following ordinary business practices.

[X] (BY CM/ECF) I am readily familiar with the practices of this office for filing and servicing of documents by electronic means. Under that practice, the person(s) to be served are confirmed to be registered participants in the Electronic Filing System and that such person(s) are, in fact, receiving the Court's Notice of Electronic Filing in this subject case. On the date stated above, I caused an electronic copy of the foregoing document(s) described herein to be electronically filed and served in the above-captioned case following ordinary business practices.

[ ] (BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL) I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: _____
_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 16, 2022          By: /s/ Billie Portz_____
                                 **7720 North 16th Street, Suite 300**
                                 **Phoenix, AZ 85020**

# SERVICE LIST

SERVICE VIA FIRST-CLASS U.S. MAIL

Hector Navarro Santos
9364 Pawnee Trail
Kelseyville, CA  95451
 (DEBTOR)


SERVICE VIA NOTICE OF ELECTRONIC FILING (NEF)

California Rural Legal Assistance, Inc.
Evan Livingstone*
evanmlivingstone@gmail.com
(DEBTOR'S ATTORNEY)

David Burchard
TESTECF@burchardtrustee.com
(CHAPTER 13 TRUSTEE)

Office of the United States Trustee
USTPRegion17.SF.ECF@usdoj.gov
 (UNITED STATES TRUSTEE)